IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARY SINGLETON,**

    **Plaintiff,**

v.                                           Case No. 1:18cv103-MW/GRJ

**CARETENDERS VISITING SERVICES
OF GAINESVILLE, LLC,**
d/b/a Mederi Caretenders,
a/k/a Caretenders, and
**NATIONAL HEALTH INDUSTRIES,
INC.,**

    **Defendants.**
_____/

**ORDER APPROVING JOINT SETTLEMENT
AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants jointly move this Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 7.

This Court has reviewed the proposed settlement in accordance with *Lynn's Food Stores, Inc. v. United States, US Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions and because Defendants are paying Plaintiff's reasonable attorneys' fees and costs, which were

1

negotiated separately. This Court approves the Settlement and dismisses the case with prejudice.

For these reasons,

**IT IS ORDERED:**

1. The Joint Motion to Approve Settlement and Stipulation for Voluntary Dismissal With Prejudice, ECF No. 7, is **GRANTED**.

2. The parties must comply with their settlement agreement.

3. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The clerk must close the file.

**SO ORDERED on August 24, 2018.**

                                **s/ MARK E. WALKER**
                                **Chief United States District Judge**